# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  05-cr-00429-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ROBERT MUNSHOWER,

        Defendant.
_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     The Motion to Waive Defendant's Appearance at February 10, 2006 Status Conference (Doc 11 - filed February 7, 2006) is **GRANTED**.

Dated:  February 8, 2006