IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   05-cr-00429-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    ROBERT FRANKLIN MUNSHOWER,

       Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss Counts 1 and 3 through 15 of the Indictment in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that Counts 1 and 3 through 15 of the Indictment in the above-captioned case are dismissed.

SO ORDERED this   16th   day of May, 2006.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK
CHIEF, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO